NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**MEYER INTELLECTUAL PROPERTIES LIMITED, MEYER CORPORATION, U.S.,**
*Plaintiffs-Appellees*

v.

**BODUM, INC.,**
*Defendant-Appellant*

_____

2014-1792

_____

Appeal from the United States District Court for the Northern District of Illinois in No. 1:06-cv-06329, Senior Judge Harry D. Leinenweber.

_____

**JUDGMENT**

_____

R. DAVID DONOGHUE, Holland & Knight, LLP, Chicago, IL, argued for plaintiffs-appellees. Also represented by STEVEN E. JEDLINSKI; JOSHUA C. KRUMHOLZ, Boston, MA.

DAVID E. BENNETT, I, Vedder Price P.C., Chicago, IL, argued for defendant-appellant. Also represented by ROBERT STEPHEN RIGG.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, O'MALLEY, and WALLACH, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


May 15, 2015                          /s/  Daniel  E.  O'Toole
    Date                          Daniel E. O'Toole
                                 Clerk of Court